1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 200
5  Roseville, CA 95661
   408-279-2288 ph: 408-279-2299 fax

6  Attorneys for Plaintiff
   Seely Moore
7

8              **IN THE UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| **SEELY MOORE,** | Case No.: 5:17-CV-04082-BLF |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Seely Moore and defendant Experian Information Solutions, Inc., ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 1

DATED: July 25, 2018        Sagaria Law, P.C.

                            By:    */s/ Elliot W. Gale*
                                      Elliot W. Gale
                            Attorneys for Plaintiff
                            Seely Moore

DATED: July 25, 2018        Jones Day

                            By:    */s/ Ben Lee*
                                      Ben Lee
                            Attorneys for Defendant
                            Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ben Lee has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  July 26, 2018                    *[signature]*
                                          BETH L. FREEMAN
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 2